# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DAVID ANDRICHYN, et al.           :
                                  :
            Plaintiffs,           : CIVIL ACTION
                                  :
      vs.                         :
                                  : NO. 14-CV-3863
TD BANK, N.A.,                    :
                                  :
            Defendant.            :
```

## ORDER

AND NOW, this 19th day of March, 2015, upon consideration of Defendant's Motion to Dismiss (Doc. No. 23), Plaintiffs' Response in Opposition thereto (Doc. No. 25), and Defendant's Reply in Further Support thereof (Doc. No. 27), it is hereby ORDERED that the Motion to Dismiss is GRANTED for the reasons given in the attached Memorandum. This matter is DISMISSED with prejudice.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.